# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL SHALLENBURG
and DEBORAH SHALLENBURG,
individuals,

       Plaintiffs,

v.

Case No.: 8:16-cv-00810-VMC-JSS

PNC BANK, N.A., d/b/a PNC
MORTGAGE, a national association,

       Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Federal Rules of Civil Procedure, Rule 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> Michael Shallenburg, Plaintiff
> Deborah Shallenburg, Plaintiff
> Leavengood, Dauval, Boyle & Meyer, PA, d/b/a LeavenLaw, Attorneys for Plaintiff
> Ian R. Leavengood, Esq., Attorney for Plaintiff
> Aaron M. Swift, Esq., Attorney for Plaintiff
> Gregory H. Lercher, Esq., Attorney for Plaintiff
> Sara J. Weiss, Esq., Attorney for Plaintiff
>
> PNC Bank, N.A., d/b/a PNC Mortgage, Defendant
> McGlinchey Stafford, PLLC, Attorneys for Defendant
> R. Carter Burges, Esq., Attorney for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiffs are not aware of any other entity whose publicly-traded stock, equity, or debt that may be affected by the outcome of these proceedings.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Other than the parties, none are known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Michael Shallenburg, Plaintiff
Deborah Shallenburg, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 21, 2016

Respectfully submitted,

**LEAVENLAW**

/s/ *Sara J. Weiss*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:   (727) 327-3328
Fax:       (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2016, a true and correct copy of the above and foregoing *Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement* was electronically filed via CM/ECF which will electronically serve counsel of record:

R. Carter Burges, Esq.
McGlinchey Stafford, PLLC
10407 Centurion Parkway, N.
Suite 200
Jacksonville, FL 32256
cburgess@mcglinchey.com
*Attorneys for Defendant*

                                                  /s/ *Sara J. Weiss*
                                                  Attorney